IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re: : Chapter 11
:
PANDA TEMPLE POWER, LLC, <u>et al</u>., : Case No. 17-10839 (LSS)
:
Debtors.[1] : Joint Administration Pending
:
------------------------------------------------------------ x

**AGENDA FOR FIRST DAY HEARING
AND INDEX OF FIRST DAY PLEADINGS[2]**

A. <u>Voluntary Petitions</u>:

　　1. Panda Temple Power, LLC
　　2. Panda Temple Power Intermediate Holdings II, LLC

B. <u>Declaration in Support of First Day Relief</u>

　　1. Declaration of Alison R. Zimlich, Chief Financial Officer, Chief Risk Officer, and Treasurer of Panda Temple Power, LLC in Support of Chapter 11 Petitions and First Day Pleadings [D.I. 12; filed April 18, 2017]

C. <u>First Day Motions</u>:

　　1. Motion of Debtors for Order Under Fed. R. Bankr. P. 1015 and Del. Bankr. L.R. 1015-1 Authorizing Joint Administration of Chapter 11 Cases [D.I. 2; filed April 17, 2017]

　　2. Motion of Debtors for Order Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [D.I. 5; filed April 17, 2017]

　　3. Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent [D.I. 3; filed April 17, 2017]

---

[1] The Debtors in these cases are Panda Temple Power, LLC and Panda Temple Power Intermediate Holdings II, LLC. The last four digits of Panda Temple Power, LLC's federal tax identification number are 8214. Panda Temple Power Intermediate Holdings II, LLC is a disregarded entity for federal income tax purposes and, as such, does not have a federal tax identification number. The Debtors' mailing address is 5001 Spring Valley Road, Suite 1150 West, Dallas, TX 75244.

[2] All motions and other pleadings referenced herein are available online at the following address: https://cases.primeclerk.com/pandatemple.

4. Motion of Debtors for Order Under 11 U.S.C. §§ 105(a), 345, and 363, Fed. R. Bankr. P. 6003, and Del. Bankr. L.R. 2015-2 (I) Authorizing Maintenance of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, Subject to Certain Modifications; and (II) Authorizing Continuation of Deposit Practices [D.I. 4; filed April 17, 2017]

5. Motion of Debtors for Order Under 11 U.S.C. §§ 105(a), 363(b), 364(c), 1107, and 1108 and Fed. R. Bankr. P. 6003 Authorizing Debtors to (I) Pay Their Prepetition Insurance Obligations, (II) Maintain Their Postpetition Insurance Coverage, and (III) Maintain Postpetition Financing of Insurance Premiums [D.I. 7; filed April 17, 2017]

6. Motion of Debtors for Order (I) Under 11 U.S.C. §§ 105(a), 363(b), 364, 503(b)(9), 1107(a), and 1108 and Fed. R. Bankr. P. 6003 Authorizing Payment of Prepetition Claims of Certain Critical Vendors and Service Providers; (II) Under 11 U.S.C. §§ 105(a), 363(c), and 503(b)(1)(A) and Fed. R. Bankr. P. 6003 Confirming Administrative Expense Priority Status of Debtors' Undisputed Obligations for Postpetition Delivery of Goods and Services; and (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 6; filed April 17, 2017]

7. Debtors' Motion (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 Authorizing the Debtors to (A) Obtain Senior Secured Priming Superpriority Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties and (D) Granting Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief [D.I. 16; filed April 18, 2017]

Dated: April 18, 2017
       Wilmington, Delaware

/s/ *John H. Knight*
John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Brendan J. Schlauch (No. 6115)
Christopher M. De Lillo (No. 6355)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King St.
Wilmington, Delaware 19801
Telephone: 302-651-7700
Fax: 302-651-7701
E-mail: knight@rlf.com
       heath@rlf.com
       schlauch@rlf.com
       delillo@rlf.com

- and -

Keith A. Simon
Annemarie V. Reilly
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4834
Telephone: 212-906-1200
Fax: 212-751-4864
Email: keith.simon@lw.com
       annemarie.reilly@lw.com

*Proposed Counsel for Debtors and Debtors in Possession*